UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:11CV01599 AGF-SPM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Mensah whom this matter was referred for recommended disposition pursuant to 28 U.S.C. ' 636(b). On February 13, 2013, Magistrate Judge Mensah filed her recommendation that the Court grant Plaintiff=s request to reverse the decision of the Commissioner and remand the case for further administrative proceedings pursuant to 42 U.S.C. ' 405(g). Neither party has filed an objection to the recommendation.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Commissioner=s decision in this matter should be **reversed** and this case remanded for further development of the record pursuant to sentence four of 42 U.S.C. ' 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein. (Doc. No. 21.)

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner for further development of the record consistent with the Report and Recommendation.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 1st day of March, 2013.